**Order filed May 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00638-CV
_____

**VINCENT T. LADAY, Appellant**

**V.**

**GILBERTO G. PEDRAZA, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-49767**

---

## O R D E R

Appellant's brief was due May 7, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **June 23, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM